1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JULIAN J. LOZANO,                        1:05-CV-0552 AWI DLB P

12              Plaintiff,

13       vs.                                   ORDER TO SUBMIT CERTIFIED
                                               COPY OF PRISON TRUST ACCOUNT
14    HUBNER, et al.,                          STATEMENT **OR** PAY FILING FEE

15

16              Defendants.
      _____/

17

18          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

19    to 42 U.S.C. § 1983.  On June 22, 2005 the court requested plaintiff submit a completed

20    application to proceed in forma pauperis, together with a certified copy of his trust account

21    statement.  On July 13, 2005, plaintiff did file a completed application to proceed in forma

22    pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his

23    prison trust account statement for the six month period immediately preceding the filing of the

24    complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a

25    certified copy of his trust account statement in support of his request to proceed in forma

26    pauperis, **or** pay the $250.00 filing fee.

                                               1

1    In accordance with the above, IT IS HEREBY ORDERED that within thirty days

2  of the date of service of this order, plaintiff shall submit a certified copy of his prison trust

3  account statement for the six month period immediately preceding the filing of the complaint, or

4  in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will

5  result in a recommendation that this action be dismissed.

6

7  IT IS SO ORDERED.

8  **Dated:    July 25, 2005**                         **/s/ Dennis L. Beck**
   3c0hj8                                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26