UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN LOZANO, | 1:05-cv-00552-AWI-DLB |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 18) |
| vs. | **ORDER DISMISSING ACTION** |
| DR. TATE, et al., | |
| Defendants. / | |

Plaintiff, Julian Lozano ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 1, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within eleven (11) days. To date, plaintiff has not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on December 13, 2006, as undeliverable. A notation on the envelope indicated: Return to Sender - **Death**. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 1, 2006, are ADOPTED in full; and,
2. This action is DISMISSED for plaintiff's failure to obey the court's order of August 29, 2006, and for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   April 11, 2007**                     **/s/ Anthony W. Ishii**
                                              UNITED STATES DISTRICT JUDGE